Print Form

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO. 1:13-MJ-6044 _____

WEDNEL NORELUS
_____
                Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of 03/25/2013 _____ to represent said defendant in this cause until further order of the Court.

ROBERT M. FARRELL
Acting Clerk of Court

Date: 04/08/2013 _____   By: /s/ Lucien Adam _____
                                        Deputy Clerk